CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 14 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ARTHUR LEE WOODS, | ) |
| Plaintiff, | ) Case No. 7:10CV00420 |
| v. | ) ORDER |
| FEDERAL BUREAU OF PRISONS, ET AL., | ) By: Glen E. Conrad<br>) Chief United States District Judge |
| Defendant(s). | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. Plaintiff's motion to amend to name Andy Wolfe as a defendant (ECF No. 9) is GRANTED,

2. All claims against the following defendants in the complaint as amended are hereby DISMISSED without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1): Richard Tipton; Assistant Warden Ms. Brown; and Officer Andy Wolfe; and

3. Plaintiff's claims concerning confiscation of property and restrictions on visitation and telephone access are DISMISSED without prejudice, pursuant to § 1915A(b)(1).

ENTER: This 14th day of March, 2011.

_____
Chief United States District Judge