CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 09 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ARTHUR LEE WOODS, | ) | CASE NO. 7:10CV00420 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| UNITED STATES OF AMERICA, ET AL., | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion for interlocutory injunctive relief (ECF No. 47) is **DENIED**.

ENTER: This 9th day of June, 2011.

_____
Chief United States District Judge