CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 22 2012

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| ARTHUR LEE WOODS, | ) | CASE NO. 7:10CV00420 |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Defendants' motion to dismiss or, in the alternative, motion for summary judgment (ECF No. 59) is **GRANTED**;

2. Plaintiff's claims in the original complaint and his Claims 1E, 1G, and 3A in the amended complaint are **DISMISSED** without prejudice, pursuant to Fed. R. Civ. P. 4(m) and/or 28 U.S.C. § 1915A(b)(1); and

3. This action is stricken from the active docket of the court.

ENTER: This 22d day of March, 2012.

/s/ Glen E. Conrad
Chief United States District Judge